

FILED

MAR 24 2014

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _cjk_
　　　　DEPUTY CLERK

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

**M E M O R A N D U M**

Honorable John A. Mendez
United States District Judge
Sacramento, California

　　　　　　　RE:　Richard Mark Allen BURDUE
　　　　　　　　　　Docket Number:　CR.S-97-183
　　　　　　　　　　**FIREARM STORED AT OFFENDER'S RESIDENCE**

Your Honor:

On September 11, 1997, the offender was convicted of a violation of 18 USC 2113(a) - Bank Robbery (11 Counts).　He was sentenced to:

　　( x )　130 months custody of the Bureau of Prisons and Supervised Release for a period of 3 years.

The felony convictions prohibit the offender from possessing a firearm.　As such, and for officer safety reasons, it is customary for the probation office to preclude offenders from residing any place where a firearm is stored.　In the instant case, the offender resides with his brother-in-law, who is an investigator for the District Attorney's Office in San Joaquin County, and who keeps his duty weapon on the premises. This case is viewed as an exception to the Probation Office's prohibition of offenders residing where a firearm is stored.

Mr. Burdue initially released to the Southern District of Texas on February 17, 2012, and was in compliance with all terms of supervision.　He maintained full-time employment and made monthly restitution payments in the amount of $200.　Mr. Burdue and his wife were having marital difficulties, and his wife was dealing with alcohol abuse issues.　Due to the unstable family situation, Mr. Burdue transferred to the Eastern District of California on May 29, 2013, where he is residing with numerous members of his immediate family, including his parents, sister, and two brothers.　The

RE:   Richard BURDUE
      Docket Number:      CR.S - 97-183
      <u>FIREARM STORED AT OFFENDER'S RESIDENCE</u>

main house on the property is 5,600 square feet.  Mr. Burdue's bedroom is on one side of the house, and his sister and brother-in-law's room is on the other side of the house. Mr. Buzzo, the offender's brother-in-law, has no concerns about the offender living in his home, and indicated Mr. Burdue does not have access to his duty weapon.  The firearm is in a locked gun safe and he is the only person who can access the safe. Furthermore, the offender has no other viable residence, and if forced to move, it would greatly diminish the likelihood for his success.  Mr. Burdue's brother-in-law will immediately notify the probation officer should, at any time, the weapon be unaccounted for.

Since the offender will not have constructive possession and in light of the discussion herein, the probation officer plans to allow the offender to remain at his current residence, even though a firearm is stored on the premises.

                        Respectfully submitted,

                        /s/ Wendy E. Reyes

                        **WENDY E. REYES**
                        **United States Probation Officer**

Dated: March 14, 2014
       Elk Grove, California


REVIEWED BY:    /s/ Deborah A. Spencer
                **DEBORAH A. SPENCER**
                **Supervising United States Probation Officer**

2

RE:   Richard BURDUE
      Docket Number:      CR.S - 97-183
      **FIREARM STORED AT OFFENDER'S RESIDENCE**

---

**THE COURT ORDERS:**

( ✓ )  Approves The Probation Officer's plan to allow offender to reside where a firearm is stored.

(   )  Disapproves the Probation Officer's plan. The offender may not reside where a firearm is store.

(   )  Other:

_3-24-2014_                          _[signature]_
**Date**                              **Signature of Judicial Officer**

cc:   Assistant United States Attorney
      Defense Counsel

3

FIREARMS RESIDENCE.WPD   Rev. 10/2008