UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

M E M O R A N D U M

| | |
|---|---|
| Honorable John A. Mendez<br>United States District Court<br>Sacramento, California | RE: **Richard Mark Allen Burdue**<br>    Docket Number:  2:97CR00183-01<br>    **REQUEST FOR CONTINUANCE AND**<br>    **PROGRESS REPORT** |

Your Honor:

Mr. Burdue appeared before Your Honor on a Probation Form 12C – Petition for Warrant or Summons for Offender Under Supervision, on March 11, 2014.  The petition alleged a New Law Violation for Driving Under the Influence of Alcohol (Charge 1) and Unauthorized Use of Alcohol (Charge 2) based on the offender's special condition that he abstain from alcohol.  The revocation proceedings were continued to June 10, 2014, and were subsequently continued, with the next court date scheduled for January 13, 2015.

In the 12C petition, this officer reported to the Court that following the DUI, Mr. Burdue continued to drink heavily, and also admitted that despite having an abstain from alcohol condition, he continued to use alcohol heavily.  At that time, the Court approved the probation officer's plan to place him in a detoxification program for up to 14 days, followed by intensive alcohol monitoring on the Sobrietor device.  Mr. Burdue completed the detoxification program with no issues.  During his time on the Sobrietor, Mr. Burdue relapsed twice to alcohol use, testing positive on May 23, 2014, and again on July 6, 2014.  He has had no issues with alcohol use since that time.  Based on the extent of Mr. Burdue's prior issues with alcohol, this has been a major accomplishment for him.  Mr. Burdue also has an Ignition Interlocking Device installed in his vehicle, in compliance with his state court conditions for the DUI conviction.  Mr. Burdue attends weekly individual alcohol abuse counseling.

Mr. Burdue obtained full-time employment at California Family Fitness in Folsom, California, in September 2014.  Mr. Burdue has done very well in his job in membership sales, and was recently offered a promotion to assistant manager.

RE:     **Richard Mark Burdue**
        **Docket Number:   2:97CR00183-01**
        <u>**Memorandum**</u>

Mr. Burdue is back on track and is moving forward in a positive direction in his life.  He has found a job which he enjoys, excels at, and which provides a healthy environment.

Based on the above information, this officer is requesting the Court continue the offender's court date set for January 13, 2015, to February 3, 2015, at 9:30 a.m.  It is respectfully requested that the charges alleged in the petition be dismissed at that time. This recommendation has been agreed upon by all parties.  Mr. Burdue's term of supervision is due to expire on February 16, 2015.

Respectfully submitted,

*/s/ Wendy E. Reyes*

Wendy Reyes
United States Probation Officer

Dated:   January 7, 2015
         Elk Grove, California
         WER/sda

                    */s/ Jack C. Roberson*
**REVIEWED BY:**    **Jack C. Roberson**
                    **Supervising United States Probation Officer**

## ORDER OF THE COURT

☒ Approved    ☐ Disapproved

1/7/2015                          /s/ John A. Mendez
**Date**                          **John A. Mendez**
                                  **United States District Court Judge**

Attachment(s)

cc:   Sherry Haus                         Alexis Negin
      Assistant United States Attorney    Defense Counsel

2